Michael Smith, CA Bar No. 160305
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
One California Street, Suite 1100
San Francisco, California 94111
(415) 217-6990; FAX: (415) 217-6999
E-mail: mls@mmker.com

Of Counsel:

John W. Harbin, GA Bar No. 324130
KING & SPALDING
1180 Peachtree Street
Atlanta, Georgia 30309-3521
(404) 572-2595; FAX: (404) 572-5135
E-mail: jharbin@kslaw.com

Attorneys for Defendant,
SMARTVIDEO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANHATTAN INVESTMENTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SMARTVIDEO TECHNOLOGIES, INC. <br><br> Defendant. | Case No.: C-06-4379-MJJ <br><br> **STIPULATION AND ORDER REGARDING DUE DATE FOR DEFENDANT'S REPLY BRIEF TO THE MOTION TO TRANSFER FOR INCONVENIENT VENUE** <br><br> GRANTED |

**TO THE COURT, THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff Manhattan Investments, Inc. and Defendant SmartVideo Technologies, Inc. hereby stipulate to the Court issuing the following order:

That the deadline for defendant to file and serve its reply brief to its Motion to Transfer for Inconvenient Venue, which reply brief is currently due on October 31,

-1-
G:\docsdata\AJE\Manhattan Investments\Pleading\Stip and Order Re Reply to Mtn to Transfer Venue.wpd
**STIPULATION AND ORDER**

2006, be extended to November 3, 2006.

**IT IS SO STIPULATED:**

Dated: October 31, 2006

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
Michael L. Smith

Attorneys for Defendant,
SMARTVIDEO TECHNOLOGIES, INC.

Dated: October 31, 2006

BULLIVANT HOUSER BAILEY PC

By: _____
C. Todd Norris
Joye Blanscett
Attorneys for Plaintiff,
MANHATTAN INVESTMENTS, INC.

**ORDER**

THE COURT HEREBY ORDERS that:

(1) That the deadline for defendant to file and serve its reply brief to its Motion to Transfer for Inconvenient Venue, which reply is currently due by October 31, 2006, is extended to November 3, 2006.

Accordingly, the Court hereby approves the Stipulation of the parties.

DATED: 11/6/2006

_____
Honorable Martin J. Jenkins
Judge of the United States District Court

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO** |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, California 94111.

On October 31, 2006, I served the document described as **STIPULATION AND ORDER REGARDING DUE DATE FOR DEFENDANT'S REPLY BRIEF TO THE MOTION TO TRANSFER FOR INCONVENIENT VENUE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

John W. Harbin, GA Bar No. 324130
KING & SPALDING
1180 Peachtree Street
Atlanta, Georgia 30309-3521
(404) 572-2595; FAX: (404) 572-5135
E-mail: jharbin@kslaw.com

C. Todd Norris
Bullivant, Houser, Bailey
601 California Street, Suite 1800
San Francisco, CA 94108-2823
(415) 352-2700; FAX: (415) 352-2701
Direct Dial: (415) 352-2720
Email: todd.norris@bullivant.com

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
   I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.
   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on October 31, 2006 at San Francisco, California.

_____
Cheryl Leger